UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, et al. )<br>)<br>Defendant. ) | Civil Action No.<br>1:18-cv-01817 (RDM) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated August 23, 2019, Plaintiffs Property of the People, Inc., and Ryan Noah Shapiro and Defendants Department of Justice and Department of Homeland Security submit this joint status report. The parties apologize to the court for the delay in filing.

1. This case involves three requests by Plaintiffs under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552: two requests to the Federal Bureau of Investigation ("FBI") and one request to U.S. Citizen and Immigration Services ("USCIS"). *See* Complaint, ECF No. 2, ¶¶ 13-14, ¶ 29.

2. Processing in this case is complete and Plaintiffs have indicated that they do not intend to challenge the adequacy of Defendants' response to the three FOIA requests at issue. Therefore, the only issue that remains outstanding is attorney fees and costs. The parties are currently negotiating the issue in an attempt to resolve the case without the need for further litigation.

3. Additional time is required for the parties to complete their negotiations. Accordingly, the parties request that they be permitted to submit a further status report on November 19, 2019.

Respectfully submitted,

HASHIM MOOPPAN
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Room 11028
Washington, D.C.  20005
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Counsel for Defendants

*s/Jeffrey L. Light*
JEFFREY L. LIGHT
Law Office of Jeffrey Light
1712 Eye Street, N.W.
Suite 915
Washington, D.C. 20006
Tel.: (202) 277-6213
Fax: (202) 223-5316
Email:  Jeffrey@lawofficeofjeffreylight.com

Counsel for Plaintiffs